IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID PETERS, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| COMMUNITY EDUCATION CENTERS, INC., and JOHN DOES [1-100], in their official and individual capacities, | : | NO. 11-850 |
| | : | |
| Defendants. | : | |

### ORDER

AND NOW, on this 19th day of October, 2011, upon careful consideration of Community Education Centers, Inc.'s Partial Motion to Dismiss Counts I, IV, and V of Plaintiff's Amended Complaint (ECF No. 13), and the parties' briefing, and for the reasons in the accompanying Memorandum re: Motion to Dismiss, it is hereby ORDERED that the Motion is DENIED.

BY THE COURT:

s/Michael M. Baylson

Michael M. Baylson, U.S.D.J.

O:\CIVIL 11-12\11-850 Peters v. Community Educ Ctr\Peters MTD Order.wpd