IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DAVID PETERS,** | : | Case No. 11-cv-850 |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **COMMUNITY EDUCATION** | : | |
| **CENTERS, INC., et al.,** | : | |
| **Defendants.** | : | |

### ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

**AND NOW**, this 13th day of March, 2014, upon consideration of Defendant's Motion for Partial Summary Judgment, ECF No. 56, Plaintiff's Response in Opposition to the Motion, ECF No. 58, Plaintiff's Supplemental Response in Opposition, ECF No. 62, Defendant's Reply to Plaintiff's Response, ECF No. 68, Plaintiff's Supplemental Briefing, ECF No. 77, Defendant's Response to Plaintiff's Supplemental Briefing, ECF No. 79, and the arguments made at oral argument held on February 27, 2014, it is hereby **ORDERED** that Defendant's Motion for Partial Summary Judgment is **GRANTED** as to Counts I and II of the Amended Complaint. It is further **ORDERED** that the remaining counts are hereby **DISMISSED WITHOUT PREJUDICE**.

BY THE COURT:

/s/ Michael M. Baylson
_____
**MICHAEL M. BAYLSON, U.S.D.J.**